# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00586-CV

---

**R. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**NO. 307,794-B, THE HONORABLE ALAN MAYFIELD, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

After the trial court issued an order terminating her parental rights, R.S. filed a notice of appeal and a motion for new trial. *See* Tex. Fam. Code § 161.001. The record reflects that the trial court granted the motion for new trial on February 11, 2021. Because "[g]ranting a new trial restores the case to its position before the former trial," this appeal was rendered moot by the trial court's order. *See* Tex. R. App. P. 21.9(b); *Saunders v. Saunders*, No. 03-14-00807-CV, 2015 WL 2183529, at *1 (Tex. App.—Austin May 8, 2015, no pet.) (mem. op.). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

---

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed

Filed:   March 4, 2021